UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CR-06-58-B-W-04 |
| | ) | |
| JOHN PASCUCCI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE DECISION OF THE MAGISTRATE JUDGE

On February 5, 2007, the United States Magistrate Judge issued her decision (Docket # 189) denying Defendant's Motion for Bill of Particulars (Docket # 114). On February 20, 2007, the Defendant filed an appeal of the decision under Federal Rule of Criminal Procedure 59 (Docket # 190), and on March 9, 2007, the Government filed its objection (Docket # 195). I have reviewed and considered the Magistrate Judge's decision, together with the parties' memoranda. Pursuant to Rule 59, I have concluded that, for the reasons set forth in her decision, the Magistrate Judge's decision, as a non-dispositive matter, is neither contrary to law nor clearly erroneous.

It is therefore <u>ORDERED</u> that the decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

SO ORDERED.

<u>/s/ John A. Woodcock, Jr.</u>
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of March, 2007